# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER G.,<br>*through his parents Stephen G. and Sheila G.,*<br>　　*Plaintiff,*<br><br>　　v.<br><br>DOWNINGTOWN AREA SCHOOL DISTRICT,<br>　　*Defendant.* | CIVIL ACTION<br><br>No. 20-131 |

## ORDER

**AND NOW**, this **18th** day of **December 2020**, upon consideration of Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 12), Defendant's response in opposition (ECF No. 17), Plaintiff's Reply (ECF No. 19), and Defendant's sur-reply (ECF No. 22), it is hereby **ORDERED** that Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 12) is **DENIED** as to the statute of limitations issue.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Chad F. Kenney
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CHAD F. KENNEY, JUDGE**