# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER G., *through his parents Stephen G. and Sheila G.*, **Plaintiff,** v. DOWNINGTOWN AREA SCHOOL DISTRICT, **Defendant.** | CIVIL ACTION No. 20-131 |

## ORDER

**AND NOW**, this **26th** day of **April 2021**, upon consideration of Plaintiff's Motion for Judgment on the Administrative Record (ECF Nos. 12 and 13), Defendant's Response in Opposition (ECF No. 17), Plaintiff's Reply (ECF No. 19), and Defendant's Sur-reply (ECF No. 22), it is hereby **ORDERED** that Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 12) is **DENIED** as to the remaining issue of whether Plaintiff was provided with a FAPE.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**